UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0961 (PLF) |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant Honeywell International Inc.'s Motion for Summary

Judgment [Dkt. No. 204] is DENIED, and it is

FURTHER ORDERED that the parties shall meet and confer and submit a joint

status report on or before December 18, 2020 proposing next steps and a supporting schedule.

Serious consideration should be given to mediation or settlement discussions with a court-

appointed mediator or magistrate judge in lieu of trial.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  November 25, 2020